IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRED EARL REYNOLDS, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-275 (MN) |
| | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on June 25, 2020, Chief Magistrate Judge Thynge issued a Report and Recommendation ("the Report") (D.I. 44) in this action, recommending that the Court grant Defendant Delaware State University's Motion for Judgment on the Pleadings (D.I. 26); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 16th day of July 2020 that the Report and Recommendation is ADOPTED.

Defendant Delaware State University's Motion for Judgment on the Pleadings (D.I. 26) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Delaware State University and against Plaintiff Fred Earl Reynolds.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge